| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Shodeen, Anita L. | 2. Court or Organization Bankruptcy Southern Iowa | 3. Date of Report 04/29/2015 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge full-time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Federal Courthouse Annex
110 East Court Avenue, Suite 447
Des Moines, IA 50309

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Drake University Law School Speaker fee (approved by Circuit Chief Judge 09-02-2014) |
| 2. | |
| 3. | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 10

**Name of Person Reporting**

Shodeen, Anita L..

**Date of Report**

04/29/2015

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Drake University Law School speaker fee | $900.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Wandro & Associates income |
| 2. 2014 | Iowa Public Employee Retirement System (IPERS) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | April 7-8, 2014 | Kansas City, MO | Mid-Year Meeting | Hotel, transportation |
| 2. | Bankruptcy Bar Association of Southern Florida | May 9-11, 2014 | Key Largo, FL | Seminar Speaker | Hotel, transportation, meals |
| 3. | Bankruptcy Seminars, Inc. | July 23-25, 2014 | Iowa City, IA | Seminar Speaker | Hotel, meals |
| 4. | National Conference of Bankruptcy Judges | October 7-10, 2014 | Chicago, IL | Annual Meeting | Hotel, tranportation, meals |
| 5. | American Bankruptcy Institute | October 16-17, 2014 | Kansas City, MO | Seminar Speaker | Hotel, transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shodeen, Anita L. | 04/29/2015 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | Minnesota CLE Bankruptcy Institute | October 22-24 | Minneapolis, MN | Seminar Speaker | Hotel, transportation, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shodeen, Anita L. | 04/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | A | Dividend | J | T | | | | | |
| 2. -Vanguard Inflations Protected Securities Fund | A | Dividend | J | T | | | | | |
| 3. IRA#2 | B | Dividend | K | T | | | | | |
| 4. -Vanguard REIT Index | B | Dividend | K | T | | | | | |
| 5. Rollover IRA #1 | C | Dividend | M | T | | | | | |
| 6. -Vanguard Pacific Stock Index | A | Dividend | K | T | | | | | |
| 7. -Vanguard European Stock Index | B | Dividend | K | T | | | | | |
| 8. -Vanguard REIT Index | C | Dividend | L | T | | | | | |
| 9. Rollover IRA #2 | B | Dividend | K | T | | | | | |
| 10. -Vanguard REIT Index | B | Dividend | K | T | | | | | |
| 11. Rollover IRA #3 | B | Dividend | M | T | | | | | |
| 12. -Vanguard Energy Fund | A | Dividend | | | Sold | 01/13/14 | L | | |
| 13. Vanguard Short Term Corp Bd | A | Dividend | L | T | Buy | 01/13/14 | L | | |
| 14. -Vanguard Inflation Protected Securities Fund | A | Dividend | K | T | | | | | |
| 15. Uniform Gift to Minor Act #1 | A | Dividend | J | T | | | | | |
| 16. -Vanguard Total Stock Market Index | A | Dividend | J | T | Sold (part) | 12/19/14 | J | | |
| 17. Uniform Gift to Minor Act #2 | A | Dividend | J | T | Sold (part) | 07/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/19/14 | J | | |
| 19. -Vanguard Pacific Stock Index Fund | A | Dividend | J | T | Sold (part) | 07/11/14 | J | | |
| 20. | | | | | Sold (part) | 12/19/14 | J | | |
| 21. -Vanguard European Stock Index Fund | A | Dividend | J | T | Sold (part) | 07/11/14 | J | | |
| 22. | | | | | Sold (part) | 12/19/14 | J | | |
| 23. -Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 24. -Vanguard Small Cap Val. Index | A | Dividend | | | Sold | 02/26/14 | J | | |
| 25. Wells Fargo Bank (accounts) | A | Interest | K | T | | | | | |
| 26. IRA #3 | A | Dividend | K | T | | | | | |
| 27. -Vanguard Precious Metals & Mining Fund | A | Dividend | J | T | | | | | |
| 28. -Vanguard Total International Stock Index Fund | A | Dividend | J | T | | | | | |
| 29. SEP-IRA #1 | E | Dividend | N | T | | | | | |
| 30. Vanguard Total Int. Bond Index | A | Dividend | K | T | | | | | |
| 31. -Vanguard Total International Stock Index | C | Dividend | M | T | | | | | |
| 32. -Vanguard Inflation Protected Securities | B | Dividend | K | T | | | | | |
| 33. -Vanguard International Explorer | D | Dividend | L | T | | | | | |
| 34. -Vanguard Emerging Markets Stock Index | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Total Bond Market Index | C | Dividend | M | T | | | | | |
| 36. Vanguard Taxable Joint Account | B | Int./Div. | J | T | Sold (part) | 05/23/14 | K | A | |
| 37. | | | | | Sold (part) | 06/23/14 | J | A | |
| 38. | | | | | Sold (part) | 09/18/14 | K | A | |
| 39. -Intermediate Tax Exempt | A | Dividend | K | T | | | | | |
| 40. -Limited Term Tax Exempt | A | Dividend | | | | | | | |
| 41. -Vanguard Prime Money Market | A | Int./Div. | | | Sold | 02/04/14 | K | | |
| 42. John Hancock Life Insurance Company | A | Interest | J | T | | | | | |
| 43. SEP IRA #2 | A | Dividend | K | T | Buy | 06/23/14 | J | | |
| 44. -Vanguard Total Stock | A | Dividend | K | T | Buy | 06/23/14 | J | | |
| 45. Rollover IRA #4 | E | Dividend | O | T | | | | | |
| 46. Vanguard Small Cap Index | B | Dividend | M | T | | | | | |
| 47. Vanguard Small Cap Value | B | Dividend | M | T | Sold (part) | 01/13/14 | K | | |
| 48. Vanguard Bond Market Index | A | Dividend | K | T | | | | | |
| 49. Vanguard Total Stock Market Index | B | Dividend | L | T | | | | | |
| 50. Vanguard 500 Index | C | Dividend | M | T | | | | | |
| 51. Vanguard Energy | A | Dividend | | | Sold | 01/13/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L.. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Global ex US Real Estate | B | Dividend | K | T | | | | | |
| 53. Vanguard Explorer | A | Dividend | K | T | | | | | |
| 54. VAnguard Total Int. Stock Index | C | Dividend | L | T | | | | | |
| 55. Vanguard Short Term Bond Index | A | Int./Div. | L | T | Buy | 01/13/14 | L | | |
| 56. Wells Fargo Acccounts (X) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L. | 04/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L. | 04/29/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Anita L. Shodeen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544